```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                        Case No. 10-cr-163-PB

**Ramie Marston**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 4, 2011, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties time to properly prepare for trial, the court will continue the trial from January 4, 2011 to April 5, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 21, 2010 final pretrial conference is continued to March 21, 2011 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 8, 2010

cc: Bjorn Lange, Esq.
    Alfred J.T. Rubega, AUSA
    United States Probation
    United States Marshal