UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    **v.**                            Case No. 10-cr-163-PB

<u>Ramie Marston</u>


### <u>O R D E R</u>

The defendant has moved to continue the April 4, 2011 trial in the above case. Defendant cites the need for additional time to complete preparation for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 4, 2011 to June 7, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 21, 2011 final pretrial conference is continued to May 24, 2011 at 4:00 p.m.  No further continuances.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

March 8, 2011

cc:   Alfred J.T. Rubega, AUSA
      Bjorn Lange, Esq.
      United States Probation
      United States Marshal