UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                                                Case No. 10-cr-163-PB

**Ramie Marston**

### O R D E R

Within 14 days, the government shall provide defense counsel with the returns from all search warrants executed in this case.  Within 14 days thereafter, defense counsel shall provide the government with an itemized list of all property that the defendant contends should be returned.  The parties shall meet and confer and attempt to agree on a plan for the return of the defendant's property.  If an agreement is not reached on all items, the parties shall file a joint memorandum describing their respective positions on any items of disagreement.  The joint memorandum shall be filed within 14 days of the date that defense counsel provides the government with the itemized list of property to be returned.

The motion for return of property (Doc. No. 69) is denied without prejudice.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 22, 2013

cc:  Behzad Mirhashem, Esq.
     Alfred J.T. Rubega, Esq.
     Michael T. McCormack, Esq.
     United States Marshal
     United States Probation